IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MICHAEL MURPHY,<br>AIS # 178043,<br><br>    Plaintiff,<br><br>    v.<br><br>ALABAMA DEPARTMENT OF<br>CORRECTIONS, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   CASE NO. 3:25-CV-212-WKW<br>)   [WO]<br>)<br>)<br>)<br>) |

**<u>ORDER</u>**

Before the court is Plaintiff Michael Murphy's Motion for the Severance of Defendant, in which Plaintiff "moves this court to remove[] Catrina Robbins as a Defendant in this case." (Doc. # 20.) The motion will be construed as an amendment to the complaint under Rule 15(a)(1) of the Federal Rules of Civil Procedure.

In *Perry v. Schumacher Group of Louisiana*, 891 F.3d 954, 958 (11th Cir. 2018), the Eleventh Circuit observed that, while there are multiple ways for a plaintiff to dismiss part of an action, the simplest is to obtain leave to amend the complaint under Rule 15 to remove specific claims. Here, since no responsive pleading has been filed, Plaintiff has the right to amend as a matter of course, without needing to file a motion to amend. *See Toenniges v. Ga. Dep't of Corr.*, 502 F. App'x 888, 889 (11th Cir. 2012) (holding that a *pro se* prisoner retains the right to amend

as a matter of course under Rule 15(a)(1) of the Federal Rules of Civil Procedure "so long as no responsive pleading has been filed").

Accordingly, it is ORDERED as follows:

(1) Plaintiff's motion (Doc. # 20) is CONSTRUED as an amendment to the complaint under Rule 15(a)(1) of the Federal Rules of Civil Procedure;

(2) All Plaintiff's claims against Defendant Catrina Robbins are DISMISSED without prejudice;

(3) The Clerk of Court is DIRECTED to terminate Defendant Catrina Robbins as a party to this action; and

(4) Plaintiff's action remains pending as to his claims against Defendants Alabama Department of Corrections, Pedehel P. Martin, Artavia Russell, and Yes Care Corp., and P. A. McAuthor.

DONE this 10th day of September, 2025.

                                           /s/ W. Keith Watkins
                                UNITED STATES DISTRICT JUDGE